THOMPSON HINE LLP
Benjamin D. Feder (BF 6858)
Joseph B. Koczko (JK 7259)
335 Madison Avenue - 12th Floor
New York, NY 10017-4611
212.344.5680

-and-

THOMPSON HINE LLP
Robert C. Folland
Sean A. Gordon
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
216.566.5500

Attorneys for Parker-Hannifin Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
| In re: | Chapter 11 |
| | Case No. 06-10354 (BRL) |
| DANA CORPORATION, *et al.*, | (Jointly Administered) |
| | |
| Debtors. | |
---------------------------------------------------x

**NOTICE OF APPEAL**

Parker-Hannifin Corporation, hereby appeals under 28 U.S.C. § 158(a) or (b) from the order of United States Bankruptcy Judge Burton R. Lifland Valuing Reclamation Claims Filed in the Debtors' Chapter 11 Cases at Zero entered on April 26, 2007 (Docket No. 5175)(the "Order").

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

11283365.1

Appellants:[1]

*Parker-Hannifin Corporation*

Benjamin D. Feder
Joseph B. Koczko
Thompson Hine LLP
335 Madison Avenue - 12th Floor
New York, NY 10017
(212) 344-5680

-and-

Robert C. Folland
Sean A. Gordon
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
216.566.5500

Appellees:

*The Debtors*

Corinne Ball
Richard H. Engman
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

-and-

Heather Lennox
Carl E. Black
Ryan T. Routh
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

---

[1] Other parties to the Order appealed from may include those reclamation claimants similarly situated to Parker-Hannifin Corporation, including, without limitation, those parties identified in footnote 1 of the Order.

11283365.1

Facsimile: (216) 579-0212

-and-

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330

Other Parties:

*The Official Committee of Unsecured Creditors*

Kenneth H. Eckstein
Thomas Moers Mayer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY  10036
(212) 715-9100


*Office of the United States Trustee*

Greg M. Zipes
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Fl. 21
New York, NY  10004
(212) 510-0500


| | |
|---|---|
| Dated: New York, New York<br>May 4, 2007 | Respectfully submitted,<br><br>**THOMPSON HINE LLP**<br><br>By:  /s/ Benjamin D. Feder<br>     Benjamin D. Feder (BF 6858)<br>     Joseph B. Koczko (JK 7259)<br>335 Madison Avenue - 12th Floor<br>New York, NY 10017-4611<br>Tele.: 212.344.5680<br><br>Attorneys for Parker-Hannifin Corporation |

11283365.1

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via the Court's electronic filing system on May 4, 2007 upon all parties registered to receive notice thereby.

/s/ Benjamin D. Feder
One of the Attorneys for Parker-Hannifin Corporation

11283365.1