James M. Sullivan (JS-2189)
Gary O. Ravert (GR-3091)
**McDERMOTT WILL EMERY LLP**
340 Madison Avenue
New York, New York  10173-1922
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Parker-Hannifin Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **Dana Corporation, *et. al*.,** | : | **Case No. 06-10354 (BRL)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------- | : | |
| | : | |
| **Parker-Hannifin Corporation,** | : | |
| | : | |
| **Appellant,** | : | |
| | : | |
| **v.** | : | **Appeal No. 07-CV-5660 (BSJ)** |
| | : | |
| **Dana Corporation, et al.,** | : | |
| | : | |
| **Appellee.** | : | |
| ------------------------------------------------------- | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that the firm listed below hereby appears in the above-

captioned Civil Action as counsel for Parker-Hannifin Corporation and hereby requests that all

notices given or required to be served pursuant to the Federal Rules of Civil Procedure, the Local

Rules of the United States District Court for the Southern District of New York, sections 342 and

1109(b) of the Bankruptcy Code, Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure, and the Local Rules of the United States Bankruptcy Court for the Southern District

of New York, as well as any other papers filed in the above-captioned case be given to or served

NYK 1107121-1.042076.0013

upon:

> McDERMOTT WILL & EMERY LLP
> Counsel for Parker-Hannifin Corporation
> Attention:  James M. Sullivan
> Attention:  Gary O. Ravert
> 340 Madison Avenue
> New York, New York  10173-1922
> Telephone:  (212) 547-5400
> Facsimile:  (212) 547-5444
> Email:  jmsullivan@mwe.com
> Email:  gravert@mwe.com

Dated: New York, New York
      June 21, 2007

> Respectfully submitted,
>
> McDERMOTT WILL & EMERY LLP
>
> By:/s/  James M. Sullivan
>     James M. Sullivan (JS-2189)
>     Gary O. Ravert (GR 3019)
>     340 Madison Avenue
>     New York, New York  10173-1922
>     Telephone: (212) 547-5400
>     Facsimile: (212) 547-5444
>
> *Counsel for Parker-Hannifin Corporation*