# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

James M. Sullivan
Attorney at Law
jmsullivan@mwe.com
212.547.5477

September 7, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 7 2007
```

BY FAX

Honorable Paul A. Crotty (By Fax: 212-805-6304);
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

Re:  In re Dana Corporation, et al., Bankruptcy Case No. 06-10354; Parker-Hannifin Corporation v. Dana Corporation et al., Civ. Act. No. 07-5660-PAC

Dear Judge Crotty:

As you may recall, McDermott Will & Emery LLP represents Parker-Hannifin Corporation, the appellant in the above-referenced Civil Action (the "Appeal"). Parker-Hannifin appeals the entry of a Bankruptcy Court order, dated April 25, 2007, valuing all reclamation claims against Dana Corporation ("Debtors"), the appellee, at $0.

By letter dated August 29, 2007, Parker-Hannifin and the Debtors requested, and this Court granted, a 7-day consensual extension of the due date of Parker-Hannifin's opening brief in the Appeal in order to document a settlement regarding Parker-Hannifin's reclamation claim. The parties were unable to get final sign off on the agreement by today and have agreed to a 21-day extension of Parker-Hannifin's due date for its brief. By this letter, we respectfully request that your Honor grant to requested extension to allow the parties to finalize the settlement documents and comply with the 14-day notice period in connection with approval thereof.

We thank your Honor for his time and attention to this matter.

Respectfully,

*James M. Sullivan*

**MEMO ENDORSED**

**Application GRANTED**

SO ORDERED: SEP 0 7 2007

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Cc:  Sean A. Gordon, Esq. (By Fax: 404-541-2905)
     Beth E. Levine, Esq., Counsel to Dana (By Fax: 212-561-7777)
     Corinne Ball, Esq., Counsel Dana (By Fax: 212-755-7306)

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue New York, New York 10017-4613  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com
NYK 1119884-1.042076.0013

TOTAL P.02