# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 9 2007

James M. Sullivan
Attorney at Law
jmsullivan@mwe.com
212.547.5477

October 18, 2007

BY FAX

Honorable Paul A. Crotty (By Fax: 212-805-6304):
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

**Application GRANTED
SO Ordered**

*Paul A. Crotty*

Re:    In re Dana Corporation, et al., Bankruptcy Case No. 06-10354; Parker-Hannifin
       Corporation v. Dana Corporation et al., Civ. Act. No. 07-5660-PAC

Dear Judge Crotty:

As you may recall, McDermott Will & Emery LLP represents Parker-Hannifin Corporation, the
appellant in the above-referenced Civil Action (the "Appeal"). Parker-Hannifin appeals the
entry of a Bankruptcy Court order, dated April 25, 2007, valuing all reclamation claims against
Dana Corporation ("Debtors"), the appellee, at $0.

By letters dated August 29, 2007, September 7, 2007 and September 26, 2007, Parker-Hannifin
and the Debtors requested, and this Court granted, three consensual extensions of the due date of
Parker-Hannifin's opening brief in the Appeal in order to document a settlement regarding
Parker-Hannifin's reclamation claim. The current extension expires on October 19, 2007. As of
today, the parties are continuing to finalize the agreement and have agreed to an additional 21-
day extension of Parker-Hannifin's due date for its brief. The parties expect that this additional
time will permit them to finalize the settlement agreement and have it approved by the
Bankruptcy Court. Accordingly, Parker-Hannifin and the Debtors request an extension until
November 9, 2007 for filing and service of Parker-Hannifin's opening brief.

We thank your Honor for his time and attention to this matter.

Respectfully,

James M. Sullivan

**MEMO ENDORSED**

Cc:    Sean A. Gordon, Esq. (By Fax: 404-541-2905)
       Beth E. Levine, Esq., Counsel to Dana (By Fax: 212-561-7777)
       Corinne Ball, Esq., Counsel Dana (By Fax: 212-755-7306)

U.S. practice conducted through McDermott Will & Emery LLP.

340 Madison Avenue New York, New York 10173-1922 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com
NYK 1119884-4.042076.0013