PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, NY  10017-2024
Telephone: 212.561.7700
Facsimile:  212.561.7777
Dean A. Ziehl (DZ-6154)
Robert J. Feinstein (RF-2836)
Debra I. Grassgreen (CA Bar No. 169978)
Harry Hochman (CA Bar No. 132515)
Conflicts Counsel for Debtors and Debtors in Possession
DANA CORPORATION, *et al.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Dana Corporation, *et al.*, | (Jointly Administered) |
| Debtors. | Bankruptcy Case No. 06-10354 (BRL) |
| PARKER HANNIFIN CORPORATION, | District Court Case No. 07-CV-5660 (PAC) |
| Appellants, | |
| vs. | |
| DANA CORPORATION, *et al.,* | |
| Appellees. | |

## AFFIDAVIT OF SERVICE

Denise A. Harris, being duly sworn, affirms, deposes and says:

1. I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones  LLP and am not a party to the action herein.

2. On December 5, 2007, I caused to be served the *Appellees' Opening Brief* upon Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, NY 10017-4611

2

Attention: Benjamin D. Feder, Esq and McDermott, Will & Emery, LLP, 340 Madison Avenue, New York, NY 10017, Attention: James Michael Sullivan by regular mail deposited with the United States Postal Service.

s/ Denise A. Harris<br>
DENISE A. HARRIS

SWORN TO AND SUBSCRIBED before me this
 6th day of December, 2007

*s/ Thomas J. Brown*
   Notary Public, State of New York
   Registraton No. 01BR6160813
   Qualified in Queens County
   Commission Expires Feb. 12, 2011