# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11, Bankruptcy Case |
| **DANA CORPORATION, et al.**, | Case No. 06-10354 (BRL) |
| Debtors. | (Jointly Administered) |
| **PARKER HANNIFIN CORPORATION,** | |
| Appellant, | Appeal No. 07-CV-5660 (PAC) |
| v. | |
| **DANA CORPORATION, et al.**, | |
| Appellees. | |

## JOINT VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) and as set forth in the January 11, 2008 agreement between, among others, Appellant Parker Hannifin Corporation ("Parker") and Appellees Dana Corporation, *et al.* (collectively, "Dana"), the parties hereby agree to voluntarily dismiss the captioned appeal with prejudice, with each party to bear its own costs.

11331936.1

Dated: New York, New York
       February 8, 2008

| | |
|---|---|
| /s/  Martin Eisenberg | /s/ Beth Levine |
| Martin Eisenberg (ME 0015) | Beth Levine (BL 6715) |
| **THOMPSON HINE LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| 335 Madison Avenue, 12th Floor | 780 Third Avenue, 36th Floor |
| New York, New York 10017 | New York, NY 10017-2024 |
| Telephone:  212-344-5680 | Telephone:  212-561-7700 |
| Facsimile:  212-344-6101 | Facsimile:  212-561-7777 |
| | |
| -- and -- | |
| | |
| **THOMPSON HINE LLP** | *Counsel for Appellees Dana Corporation, et al.* |
| Robert C. Folland | |
| Sean A. Gordon | |
| 3900 Key Center, 127 Public Square | |
| Cleveland, Ohio  44114-1291 | |
| Telephone:  216-566-5500 | |
| Facsimile:  216-566-5800 | |
| | |
| *Counsel for Appellant Parker Hannifin Corporation* | |

11331936.1

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was served via the Court's electronic filing system on February 8, 2008 upon all parties registered to receive notice thereby.

                              /s/ Martin Eisenberg  
                              One of the Attorneys for  
                               Parker Hannifin Corporation

11331936.1